IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.   11-1043-SCW |
| ) | |
| MICHAEL BAKERS, JAMES CHEATHAM, ) | |
| BARBARA MUELLER, JEANETTE COWAN, ) | |
| GAETZ, MICHAEL RANDLE, ) | |
| ) | |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendants BARBARA NYEKKERM HEANETTE COWAN, GAETZ and MICHAEL RANDLE were dismissed without prejudice on August 9, 2012, by an Order entered Chief Judge Michael J. Reagan (Doc. 19).

The remaining issues came before this Court for jury trial and the jury has rendered its verdict (Doc. 151) on May 12, 2015 in favor of Defendants MICHAEL BAKER and JAMES CHEATHAM.

THEREFORE, judgment is entered in favor of Defendants **MICHAEL BAKER,** and **JAMES CHEATHAM** and against Plaintiff **ROBERT WILLIAMS.**

Plaintiff shall take nothing from this action.

**DATED** this 13th day of May, 2015

JUSTINE FLANAGAN, ACTING CLERK

BY: S/ Angela Vehlewald
       Deputy Clerk

**Approved by**   s/ Stephen C. Williams
       United States Magistrate Judge
       Stephen C. Williams